IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**WILLIAM PHILLIP McMUNN,**     3:09-CV-00594-PK

    **Petitioner,**     **JUDGMENT**

v.

**MARK NOOTH,**

    **Respondent.**

    Based on the Court's Order (#49) issued August 10, 2011, the Court **DISMISSES** this matter **with prejudice** and **DENIES** a certificate of appealability.

    IT IS SO ORDERED.

    DATED this 10th day of August, 2011.

                                            /s/ Anna J. Brown

                                            ANNA J. BROWN
                                            United States District Judge

1 - JUDGMENT